# EXHIBIT C

**Claim Chart for U.S. Patent No. 10,699,008 (Claims 1 and 3)**

| Claim | Preamble/ Element | Accused Products and Services |
|---|---|---|
| 1 | A threat model chaining method, comprising: | The preamble of claim 1 is not a limitation.  To the extent the preamble of claim 1 is deemed a limitation, Iriusrisk provides a threat model chaining method. |
| 1(a) | providing one or more databases, the one or more databases comprising: a plurality of threat model components stored therein; a plurality of threats stored therein, each threat associated with at least one of the threat model components through the one or more databases; and a plurality of compensating controls stored therein, each compensating control associated with at least one of the threats through the one or more databases; | Iriusrisk's threat model chaining method provides one or more databases, the one or more databases comprising a plurality of threat model components stored therein, a plurality of threats stored therein, with each threat associated with at least one of the threat model components through the one or more databases, and a plurality of compensating controls stored therein, each compensating control associated with at least one of the threats through the one or more databases. For example: "IriusRisk offers a Threat Modeling platform that includes data flow diagrams, a list of threats, and both the recommended and required countermeasures to implement. This automation allows engineering teams to plan their security work before they start coding and deploying. IriusRisk uses pre-defined components and a built-in threat and countermeasure library so that teams can generate these models quickly without having to rely on security experts." https://aws.amazon.com/marketplace/pp/prodview-7nw27kbqehp3m IriusRisk's databases, represented as libraries, store threat model components, threats, compensating controls (aka Security Requirements, Countermeasures), and associations therewith.  See, e.g., IriusRisk's definitions of terms in its system glossary: • ***Component Definition:*** is a specification for a component within IriusRisk, they are available system wide and can be used as part of a product. New components can be defined by using the Component Definitions configuration option. They can have none or several associated Risk Patterns that would be included within the threat model. |

| Claim | Preamble/ Element | Accused Products and Services |
|-------|-------------------|-------------------------------|
| | | • **Threat:** it is a possible danger against your Product that can exploit a vulnerability and have unwanted consequences on it. |
| | | • **Countermeasure:** a remediation action that should be performed to remove weaknesses and, hence, mitigate the risk of a threat being realised. They can be also referred as a Security Requirements. |
| | | • **Recommended Countermeasure:** a Countermeasure that is part of the model but not a strong security requirement, they will not be part of the Projected Risk Calculation and are meant to be optional for implementation. |
| | | • **Required Countermeasure:** a strong security requirement within IriusRisk. They are meant to be implemented and will be part of the Projected Risk Calculation. They can also be uploaded to an Issue Tracker in batches. |
| | | • **Risk Pattern:** It is a structure with Use Cases, Threats, Weaknesses and Countermeasures each one hanging from the other as an hierarchical structure. The Risk Pattern is an applicable set of threats that can be imported within a threat model due to the use of a component that has it assigned or due to a rule which action indicates it must be imported (i.e. a rule that has an associated answer as a condition and with an Import Risk Pattern condition). |
| | | • **Library:** It is a collection of Risk Patterns that are logically grouped. The grouping can be done using different criteria (i.e. per standard or regulation represented). The Libraries are also used as a logical containers to group defined rules. |
| | | https://support.iriusrisk.com/hc/en-us/articles/360042565351-Glossary-of-terms |
| | | **"IriusRisk Libraries** |
| | | IriusRisk creates a threat model based on the product architecture diagram, responses to the questionnaire,s and its own internal library of risk patterns. |
| | | Risk Patterns are essentially building blocks that are assembled by rules to generate threat models. They allow us to group threats together based on where we usually find them. A risk |

| Claim | Preamble/ Element | Accused Products and Services |
|-------|-------------------|------------------------------|
|       |                   | pattern is a structure with use cases, threats, weaknesses, and countermeasures each one hanging from the other as a hierarchical structure. More details about risk-patterns and rules can be found in <u>this article</u>.<br><br>Risk Patterns and the rules related to those patterns are grouped together in a "Library".<br><br>IriusRisk libraries are collections of reusable risk patterns and rules that are logically grouped based on different criteria, for example, technology stack or compliance applicability. Libraries are like knowledgebase containers for security content. The interfaces used to navigate and edit risk patterns are virtually identical to the interfaces used to edit the threat model of a product."<br><br><u>https://support.iriusrisk.com/hc/en-us/articles/360054376552-Understanding-IriusRisk-Libraries-and-Standards</u><br><br><br>"A library has the following structure:<br><br>• Risk patterns that contain use cases<br>    • Use cases that contain threats<br>        • Threats that contains:<br>            • Countermeasures without weaknesses<br>            • Countermeasures within weaknesses<br>    • Component definitions that link to risk patterns<br>    • Rules (optional)"<br><br><u>https://support.iriusrisk.com/hc/en-us/articles/360051703352</u> |

| Claim | Preamble/ Element | Accused Products and Services |
|---|---|---|
| 1(b) | providing one or more interfaces, including a diagram interface, configured to be displayed on one or more end user computing devices communicatively coupled with the one or more databases; | Iriusrisk's threat model chaining method provides one or more interfaces, including a diagram interface, configured to be displayed on one or more end user computing devices communicatively coupled with the one or more databases.<br><br>For example, IriusRisk provides a "project home page" having a diagram interface to be displayed on one or more end user computing devices, and communicatively coupled with the one or more databases:<br><br>"This is how it looks like the project home page:<br><br><br><br>"<br><br>https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk. |

| Claim | Preamble/ Element | Accused Products and Services |
|---|---|---|
| | |  https://www.iriusrisk.com/resources-blog/product-update-release-4.3 "To see the relevant threats for this simple architecture, you can go to the 'Threats' section on the left pane: |

| Claim | Preamble/ Element | Accused Products and Services |
|-------|-------------------|------------------------------|
|       |                   |  ” [https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk](https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk). "To take a look at the recommended countermeasures for this architecture, you should visit the 'Countermeasures' section: |

| Claim | Preamble/ Element | Accused Products and Services |
|---|---|---|
| | |  ”<br><br>https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk. |

| Claim | Preamble/ Element | Accused Products and Services |
|---|---|---|
| | |  https://www.iriusrisk.com/resources-blog/product-update-release-4.3 |

| Claim | Preamble/ Element | Accused Products and Services |
|---|---|---|
|  |  | <br><br>https://github.com/iriusrisk/startleft/wiki/Examples.<br><br>IriusRisk's interface connects to the database, and IriusRisk provides troubleshooting support if IriusRisk is not connected to the database.<br><br>This process includes the following instructions to repair a dropped database connection:<br><br>"Check that your user has proper database permissions. Connect to the database:<br><br>$ psql -U your_db_user -h your_db_host your_db_name<br><br>Execute the following query: |

| Claim | Preamble/ Element | Accused Products and Services |
|---|---|---|
| | | SELECT table_catalog, table_schema, table_name, privilege_type FROM information_schema.table_privileges WHERE grantee = 'your_db_name'; |
| | | The response should show all permissions available for each table of your database" |
| | | https://support.iriusrisk.com/hc/en-us/articles/360049828251-IriusRisk-is-not-connecting-to-the-database |
| 1(c) | configuring the diagram interface to display a relational diagram of one of a system, an application, and a process, using visual representations of one or more of the threat model components and visual representations of one or more of the compensating controls, the relational diagram defining a first threat model, and | Iriusrisk's threat model chaining method configures the diagram interface to display a relational diagram of one of a system, an application, and a process, using visual representations of one or more of the threat model components and visual representations of one or more of the compensating controls, the relational diagram defining a first threat model. See, for example, element 1(b) above, illustrating Iriusrisk's threat model chaining method displaying a relational diagram of one of a system, an application, and a process, using visual representations of threat model components and visual representations of the compensating controls (e.g. the "Countermeasures" Section). The relational diagram defines a first threat model. "If we log in in the IriusRisk UI, we'll see that a new threat model that was automatically created based on our CloudFormation template: |

| Claim | Preamble/ Element | Accused Products and Services |
|-------|-------------------|------------------------------|
| | | <br><br>This is how it looks like the project home page:<br><br>https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk |

| Claim | Preamble/ Element | Accused Products and Services |
|---|---|---|
|  |  | Iriusrisk informs users how to generate a threat model using Iriusrisk's threat model chaining method and diagram interface.  |

| Claim | Preamble/ Element | Accused Products and Services |
|---|---|---|
| | |  |
| 1(d) | configuring the diagram interface to, in response | Iriusrisk's threat model chaining method configures the diagram interface to, in response to receiving one or more user inputs, add a component group to the first threat model and thereby |

| Claim | Preamble/ Element | Accused Products and Services |
|---|---|---|
| | to receiving one or more user inputs, add a component group to the first threat model and thereby redefine the first threat model by including in it a second threat model associated with the component group, wherein the component group comprises a predefined interrelated group of two or more of the threat model components. | redefine the first threat model by including in it a second threat model associated with the component group, wherein the component group comprises a predefined interrelated group of two or more of the threat model components.<br><br>For example, IriusRisk's threat model chaining method nests components and trust zones, and references threat models as components, thereby including in a first threat model a second threat model associated with a component group of a predefined, interrelated group of components.<br><br>IriusRisk teaches that "Sometimes it's necessary to refer to existing threat models into other models.  You may need to nest your own models into others, or other teams may want to include your threat model in theirs.<br><br>IriusRisk offers two methods to achieve this:<br><br>&bull; **Method 1: Templates**:  Where your entire model is copied into their model verbatim.<br>&bull; **Method 2: Custom Components**: Where you create a custom component that represents your threat model, but only include the threats and countermeasures that are relevant to the consumer of your model.  This is essentially the public I of your threat model written from the perspective of the consumer of your model.  ***This is usually the preferred method for most use-cases.***<br><br>Both methods allow you to make changes centrally to your model, and push those changes out to all consumers who have imported your model."<br><br>**"Method 1: Templates**<br><br>A template is a verbatim copy of your model, inserted into their model.  This means that the consumer will see all of the components, threats and countermeasures in your model and those |

| Claim | Preamble/ Element | Accused Products and Services |
|-------|-------------------|------------------------------|
|       |                   | threats will contribute to the average risk and countermeasure completion status of their model." <br><br> **"Method 2: Custom Components** <br><br> In this method you essentially have two threat models.  One model is your actual detailed threat model that represents the real threats to the service or application you're working on.  You would treat this as a normal threat model ("Product") in IriusRisk. <br><br> Then you would create a <u>custom Component Definition</u> with threats and countermeasures that represents what the outside world should see when they use your model.  This allows you to hide detail that isn't useful to other teams like your internal threats; and allows you to specify new threats and countermeasures that do affect consumers of your model.  I.e. what do they need to be aware of when using your service/application?" <br><br> IriusRisk provides the following workflow for including in a first threat model a second threat model associated with a component group of a predefined, interrelated group of components <br><br> "Consider a hypothetical example where you are building a new SAML IdP from scratch, called ACME SAML IdP, and need to threat model it.  You'd create the model as a new Product in IriusRisk and draw the diagram, data flows and manage the threats and countermeasures following the usual process: |

| Claim | Preamble/ Element | Accused Products and Services |
|-------|-------------------|------------------------------|
| | |  Your new IdP has a number of components, services, data stores and data flows and from your perspective as the person modeling this system those components and their corresponding threats are what concern you and your team. |

| Claim | Preamble/ Element | Accused Products and Services |
|---|---|---|
| | |  However, once your IdP is live and ready to be used by the rest of the organisation (or the world!), they would only interact with a part of it and they would only have control over how they talk to your "External API" interface for example.<br><br>From their perspective, your internal threat model is only partly relevant to them, because they have no control over how they respond to some of the threats. **Therefore, it is up to you the original threat model creator to design a new Component Definition that encapsulates the Threat Model that they should see when using your component**.<br><br>The process to create this is:<br><br>1. Analyse your internal threat model and identify the threats that should be exposed to a consumer of your service. |

| Claim | Preamble/ Element | Accused Products and Services |
|---|---|---|
|  |  | 2. Create Countermeasures appropriate for consumers of your service.  This would typically be actions that they can take to mitigate their risk.  Sometimes, you may have internal threats that can't be mitigated by the consumer – only by the team that implements the service itself.  In these cases, it would be an organisational decision as to whether you expose that threat to the consumer, or whether you keep it internal to your model.<br><br>3. Create a new library in IriusRisk to hold the above threats and countermeasures in a Risk Pattern<br><br><br><br>4. Create a new Component Definition that includes the risk pattern(s) just created and provide a good description of the component so that other teams and consumers know what this represents. |

| Claim | Preamble/ Element | Accused Products and Services |
|---|---|---|
| | | <br><br>Which can be used in the diagram, and consumers would choose your component in their threat models: |

| Claim | Preamble/ Element | Accused Products and Services |
|---|---|---|
|  |  |  https://support.iriusrisk.com/hc/en-us/articles/360042730031-Referencing-Threat-Models<br><br>Additionally, IriusRisk's threat chaining method nests components and/or trust zones of a trust model, as instructed: |

| Claim | Preamble/ Element | Accused Products and Services |
|-------|-------------------|-------------------------------|
|  |  | "Nesting a component or a trust zone is a very straightforward process.<br><br>1. Place a trust zone on the architecture diagram<br>2. Place a component or trust zone with the existing trust zone<br>3. Once a component or trust zone has been placed within another component or trust zone, the shape and coloration will change.<br>4. Resize the trust zone or component as necessary to fit the added elements."<br><br>https://support.iriusrisk.com/hc/en-us/articles/6422435827089-How-to-nest-components-trust-zones<br><br>**"What are Nested Components?**<br><br>A Nested Component, as the name suggests, is the state of a component existing inside that of a parent component. It is a powerful and quick way to place component(s) inside one another, both visually and semantically. Utilising draw.io's drag and drop functionality, Nested Components are straightforward to create, enabling rapid creation of sophisticated threat models."<br><br>"If you navigate to the **Threats** tab, notice how Nested Components are represented as sub-components of the parent component. |

| Claim | Preamble/ Element | Accused Products and Services |
|-------|-------------------|-------------------------------|
|       |                   |           |

| Claim | Preamble/ Element | Accused Products and Services |
|---|---|---|
|  |  | "We can use this same approach to create intricate and complex threat models with no limit of depth. The below diagram illustrates how we can model **AWS EC2** Instances inside a **VPC**, and nest **Docker Containers** inside the **EC2** instance itself, in addition to being as specific to defining what type of services exist within the container itself, as shown below:<br><br><br><br>"Under the Threats tab, you will notice how depth of groups can be expanded and collapsed in succession: |



| Claim | Preamble/ Element | Accused Products and Services |
|---|---|---|
| | | https://support.iriusrisk.com/hc/en-us/articles/360018205397-Nested-Components <br> https://www.youtube.com/watch?v=Xlc3yEi0TRg |
| 3 | The threat model chaining method of claim 1, further comprising configuring the one or more interfaces to, in response to receiving one or more user inputs, store one or more additional threat model components in the one or more databases, store one or more additional threats in the one or more databases, associate each additional threat with at least one of the additional threat model components through the one or more databases, store one or more additional compensating controls in the one or more databases, and associate each additional | Iriusrisk's threat model chaining method configures the one or more interfaces to, in response to receiving one or more user inputs, store one or more additional threat model components in the one or more databases, store one or more additional threats in the one or more databases, associate each additional threat with at least one of the additional threat model components through the one or more databases, store one or more additional compensating controls in the one or more databases, and associate each additional compensating control with at least one of the additional threats through the one or more databases. <br><br> IriusRisk stores additional threat model components, threats, compensating controls (e.g. countermeasures) and related associations therebetween in the one or more databases, i.e. libraries.  For example, separate libraries with threats, components, countermeasures, and associations can be merged (thereby adding the threat model components, threats, compensating controls, and related associations) to a database for access by different groups. <br><br> "For management purposes, it's useful to keep threat libraries domain-specific. For example, creating a distinct OWASP ASVS library for all web-related content and a separate EU GDPR library means that two distinct teams with expertise in each of those areas can work on their library independently. This is great for allowing distributed teams the freedom to work independently on their threat library – and to own and maintain that library. But all of those libraries ultimately need to be embedded into a single threat modeling platform like IriusRisk. This means some degree of coordination between the teams when publishing and updating their libraries." <br> https://www.iriusrisk.com/resources-blog/managing-threat-libraries-with-distributed-teams |

| Claim | Preamble/ Element | Accused Products and Services |
|---|---|---|
| | compensating control with at least one of the additional threats through the one or more databases. | "Both teams will be working with the same IriusRisk development instance, at the same time, to create the new security content, those two new components mentioned before, into a custom library called "MyCustomLibrary", managed by the Central Sec Team. After the new security content is created by those Sec Teams and tested by the Central Sec Team, the updated version of the library "My custom" will be updated in the production environment to be used across all of the Security Teams." IriusRisk describes the workflow to include: "**STEP 2.** Both teams will work with the same IriusRisk development instance to create the new security content (two new components for this example). **a.** Team North edits MyCustomLibrary library and adds a new Risk Pattern for their NGINX component definition. **b.** Team North adds a new Component Definition for NGINX component and links it to their risk pattern. **c.** Team South edits MyCustomLibrary library and adds a new Risk Pattern for their Apache component definition. **d.** Team South adds a new Component Definition for Apache component and links it to their risk pattern.     To learn more about creating content take a look at this <u>article</u>." • **Creating new (security) content (STEP 2b and Step 2d):** The creation of new objects at the security libraries, like: • Risk patterns • Use cases • Threats • Countermeasures • Component definitions • Components |

| Claim | Preamble/ Element | Accused Products and Services |
|---|---|---|
| | | <ul><li>Rules</li><li>Even a whole new library</li></ul><br>To learn more about creating content take a look at this <u>article</u>."<br><br>The referenced article is available at: <u>https://support.iriusrisk.com/hc/en-us/articles/360051703352</u>, entitled "**How to create custom content for your own library**". This article describes the process of storing additional threat model components, threats, compensating controls (e.g. countermeasures) and related associations therebetween in the one or more databases, i.e. libraries.<br><br>The content of this article, and all cited websites herein, are incorporated by reference as if fully set forth herein.<br><br><u>https://support.iriusrisk.com/hc/en-us/articles/360052023172-How-to-work-collaboratively-when-creating-custom-libraries</u> |