# EXHIBIT D

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| 1 | A threat modeling method, comprising: | The preamble of claim 1 is not a limitation. To the extent the preamble is deemed a limitation of claim 1, Iriusrisk provides a threat modeling method.<br><br>"[A] new threat model that was automatically created based on our CloudFormation template". https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk. See also https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-terraform-defined-architectures-using-iriusrisk?hsLang=en<br><br>Iriusrisk also provides a version of the software used in generating a threat model to the public, and encourages use of the software with Iriusrisk's threat modeling server. "Startleft's repository contains a default CloudFormation mapping file that enables you to generate threat models based on the OTM standard from a CloudFormation template file using a single command." https://github.com/iriusrisk/startleft/wiki/Examples.<br><br>"IriusRisk has released an OTM API in version 4.1 of the product. This API allows you to provide an OTM file and IriusRisk will automatically build a full threat model using the rules engine an extensive library of components and risk patterns. The first release of the API supports trustzones, components, and dataflows. Threats and mitigations are already in the specification, and support for them in IriusRisk will be coming soon."<br><br>https://www.iriusrisk.com/resources-blog/introduction-to-the-open-threat-model-standard<br><br>"IriusRisk offers a Threat Modeling platform that includes data flow diagrams, a list of threats, and both the recommended and required countermeasures to implement. This automation allows engineering teams to plan their security work before they start coding and deploying. |

| Claim | Preamble/Element | Accused Products and Services |
|-------|------------------|-------------------------------|
|  |  | IriusRisk uses pre-defined components and a built-in threat and countermeasure library so that teams can generate these models quickly without having to rely on security experts." https://aws.amazon.com/marketplace/pp/prodview-7nw27kbqehp3m |
| 1(a) | providing one or more databases, the one or more databases comprising: a plurality of threat model components stored therein; and a plurality of threats stored therein, wherein each of the threats is associated with at least one of the threat model components through the one or more databases; | Iriusrisk's threat modeling method provides one or more databases, the one or more databases comprising a plurality of threat model components stored therein, and a plurality of threats stored therein, wherein each of the threats is associated with at least one of the threat model components through the one or more databases. For example: "IriusRisk offers a Threat Modeling platform that includes data flow diagrams, a list of threats, and both the recommended and required countermeasures to implement. This automation allows engineering teams to plan their security work before they start coding and deploying. IriusRisk uses pre-defined components and a built-in threat and countermeasure library so that teams can generate these models quickly without having to rely on security experts." https://aws.amazon.com/marketplace/pp/prodview-7nw27kbqehp3m "IriusRisk has released an OTM API in version 4.1 of the product. This API allows you to provide an OTM file and IriusRisk will automatically build a full threat model using the rules engine an extensive library of components and risk patterns. The first release of the API supports trustzones, components, and dataflows. Threats and mitigations are already in the specification, and support for them in IriusRisk will be coming soon." https://www.iriusrisk.com/resources-blog/introduction-to-the-open-threat-model-standard IriusRisk's databases, represented as libraries, store threat model components, threats, and associations therebetween. See, e.g., IriusRisk's definitions of terms in its system glossary: <br><br> • **Component Definition:** is a specification for a component within IriusRisk, they are available system wide and can be used as part of a product. New components can be defined by using the Component Definitions configuration option. They can have |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | | none or several associated Risk Patterns that would be included within the threat model.<br><br>• **_Threat:_** it is a possible danger against your Product that can exploit a vulnerability and have unwanted consequences on it.<br>• **_Countermeasure:_** a remediation action that should be performed to remove weaknesses and, hence, mitigate the risk of a threat being realised. They can be also referred as a Security Requirements.<br>• **_Risk Pattern:_** It is a structure with Use Cases, Threats, Weaknesses and Countermeasures each one hanging from the other as an hierarchical structure. The Risk Pattern is an applicable set of threats that can be imported within a threat model due to the use of a component that has it assigned or due to a rule which action indicates it must be imported (i.e. a rule that has an associated answer as a condition and with an Import Risk Pattern condition).<br>• **_Library:_** It is a collection of Risk Patterns that are logically grouped. The grouping can be done using different criteria (i.e. per standard or regulation represented). The Libraries are also used as a logical containers to group defined rules.<br><br>https://support.iriusrisk.com/hc/en-us/articles/360042565351-Glossary-of-terms<br><br>**"IriusRisk Libraries**<br><br>IriusRisk creates a threat model based on the product architecture diagram, responses to the questionnaire,s and its own internal library of risk patterns.<br><br>Risk Patterns are essentially building blocks that are assembled by rules to generate threat models. They allow us to group threats together based on where we usually find them. A risk pattern is a structure with use cases, threats, weaknesses, and countermeasures each one hanging from the other as a hierarchical structure. More details about risk-patterns and rules can be found in this article. |

| Claim | Preamble/Element | Accused Products and Services |
|-------|------------------|------------------------------|
|       |                  | Risk Patterns and the rules related to those patterns are grouped together in a "Library". |

IriusRisk libraries are collections of reusable risk patterns and rules that are logically grouped based on different criteria, for example, technology stack or compliance applicability. Libraries are like knowledgebase containers for security content. The interfaces used to navigate and edit risk patterns are virtually identical to the interfaces used to edit the threat model of a product."

https://support.iriusrisk.com/hc/en-us/articles/360054376552-Understanding-IriusRisk-Libraries-and-Standards

"A library has the following structure:

- Risk patterns that contain use cases
  - Use cases that contain threats
    - Threats that contains:
      - Countermeasures without weaknesses
      - Countermeasures within weaknesses
- Component definitions that link to risk patterns
- Rules (optional)"

https://support.iriusrisk.com/hc/en-us/articles/360051703352

"To see the relevant threats for this simple architecture, you can go to the 'Threats' section on the left pane:

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | |  |

https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk.

https://github.com/iriusrisk/startleft/wiki/Examples (showing components such as "Database" and "Web server").

| Claim | Preamble/Element | Accused Products and Services |
|-------|-----------------|------------------------------|
| | | https://support.iriusrisk.com/hc/en-us/articles/360026041231-Working-with-Standards (explaining actions regarding threats and countermeasures). |
| 1(b) | providing one or more mapping files communicatively coupled with the one or more databases, the one or more mapping files correlating the threat model components with visual diagram components of a third party software application (hereinafter "third party diagram components"); and | Iriusrisk's threat modeling method provides one or more mapping files communicatively coupled with the one or more databases, the one or more mapping files correlating the threat model components with visual diagram components of a third party software application (hereinafter "third party diagram components").

Iriusrisk provides a mapping file that contains a plurality of configuration properties for one or more resources, and correlates the threat model components with visual diagram components of a third party software application. Iriusrisk uses a "default mapping between AWS components and IriusRisk components…. One example of this mapping file could be found in the StartLeft Github repository." https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk.

"Anyone can write and share parsers or other tools that take source formats such as CloudFormation, Visio, or Docker Compose files."

"IriusRisk has released an OTM API in version 4.1 of the product. This API allows you to provide an OTM file and IriusRisk will automatically build a full threat model using the rules engine an extensive library of components and risk patterns. The first release of the API supports trustzones, components, and dataflows. Threats and mitigations are already in the specification, and support for them in IriusRisk will be coming soon." https://www.iriusrisk.com/resources-blog/introduction-to-the-open-threat-model-standard

"Using the Startleft project we can parse it into OTM with a single command. |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | | $ startleft parse –type CloudFormation –map default-cloudformation-mapping.yaml –name "ECS Example" –id ecs-example –otm ecs-otm.yaml ecs.yaml<br>Writing threat model to 'ecs-otm.yaml'<br><br>The mapping file provided describes how to find resources in a CloudFormation Template, and how to map them into an OTM threat model. "<br><br>https://www.iriusrisk.com/resources-blog/introduction-to-the-open-threat-model-standard<br><br>In the Starlett Github repository, the file default-cloudformation-mapping.yaml in the folder startleft-main/startleft/config/ provides a plurality of configuration properties for one or more resources in a CloudFormation code file, for example:<br>"#type 3<br> - id:   {$format: "{name}"}<br>  name:   {$format: "{_key}"}<br>  $source: {$root: "Resources\|squash(@)[?Type=='AWS::EC2::SecurityGroup']"}<br>  source: {$path: "Properties.SecurityGroupIngress[0].CidrIp"}<br>  destination: {$hub:{$path: "_key"}}<br>  tags:<br>   - $path: "Properties.SecurityGroupEgress[0].Description"<br>   - $path: "Properties.SecurityGroupIngress[0].IpProtocol"<br>   - $path: "Properties.SecurityGroupIngress[0].FromPort"<br>   - $path: "Properties.SecurityGroupIngress[0].ToPort""<br><br>Iriusrisk's mapping file "visualiz[es] the threat model components with visual diagram components of a third party software application (hereinafter 'third party diagram components')" as claimed. |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | | See also:<br><br>https://iriusrisk.s3-eu-west-1.amazonaws.com/iriusrisk-demo.mp4 at 22:28-23:18 (importing visual diagram components of a third party software application and mapping them for recognition by AWS).<br><br>"In this step-by-step tutorial we've seen how to automatically create a threat model in IriusRisk from a simple IaC architecture designed for AWS. We've been using common tools that are usually in the arsenal of every cloud developer or DevOps engineer. From AWS CloudFormation Designer to Postman. This could be used as a first step to create a CI/CD pipeline that automatically creates threat models for the cloud architectures in the design phase, before the stack is deployed in production."<br><br>https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk<br><br> |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | | "IriusRisk uses draw.io (now called diagrams.net) as it's primary diagramming tool.  In order for IriusRisk to generate a threat model, it attaches meta-data to a standard draw.io diagram.  If you use the draw.io instance embedded in IriusRisk, then this happens transparently.  But if you wanted to generate a draw.io diagram, or import an external diagram then you could add this meta-data into the draw.io XML format so that IriusRisk can immediately generate a threat model from it." <br><br> https://support.iriusrisk.com/hc/en-us/articles/360018456858-Anatomy-of-an-IriusRisk-Draw-io-Diagram <br><br> https://support.iriusrisk.com/hc/en-us/articles/6207181158289-How-to-map-a-component-to-a-draw-io-shape <br><br> "Our platform allows cloud native designs to be automatically analyzed from a security perspective without having to manually draw the architecture diagram. IriusRisk generates a threat model from an Infrastructure as Code (IaC) descriptor, such as AWS CloudFormation and HashiCorp Terraform, and this model will contain the applicable threats and prescriptive security controls." <br> "After the IaC code is imported into ACSDA, we can take advantage of the rules engine to automatically see the main threats related to that architecture." <br> https://www.iriusrisk.com/iac <br><br> "Following the release of our Open Threat Model (OTM) and CloudFormation endpoints, we have now released our Terraform API. This first release of the Terraform endpoint parses Hashicorp Configuration Language (HCL2) files with support for some basic AWS components in the default mapping file. We'll continue to improve the default mapping file but if you need to customize the mapping you can provide your own mapping file to the API." |

| Claim | Preamble/Element | Accused Products and Services |
|-------|------------------|-------------------------------|
| | | https://www.iriusrisk.com/resources-blog/product-update-release-4.3 <br><br> See also https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-terraform-defined-architectures-using-iriusrisk?hsLang=en |
| 1(c) | in response to receiving one or more user inputs, using one or more user interfaces displayed on one or more computing devices communicatively coupled with the one or more databases: <br><br> using the one or more computing devices, reading a data file generated by the third party software application, the data file comprising a subset of the third party diagram components, the data file defining one or more relationships between the subset of third party diagram components; <br><br> determining using the one or more computing devices, for the subset of third party diagram components, | Iriusrisk's threat modeling method performs the steps of in response to receiving one or more user inputs, using one or more user interfaces displayed on one or more computing devices communicatively coupled with the one or more databases: <br><br> using the one or more computing devices, reading a data file generated by the third party software application, the data file comprising a subset of the third party diagram components, the data file defining one or more relationships between the subset of third party diagram components; <br><br> determining using the one or more computing devices, for the subset of third party diagram components, correlated threat model components as defined in the one or more mapping files; <br><br> displaying on the one or more user interfaces a relational diagram of one of a system, an application, and a process, using visual representations of the threat model components correlated with the subset of third party diagram components, the relational diagram defining a threat model; and <br><br> generating, using the one or more computing devices, and displaying, on the one or more user interfaces, a threat report displaying each threat that is associated through the one or more databases with one of the threat model components included in the threat model. <br><br> See elements 1(a) and 1(b) above. Additionally, computing devices read a data file generated by third party software, such as CloudFormation, and determine correlated threat model components as defined in the mapping file. IriusRisk displays on a user interface the relational diagram using visual representations of the threat model components as a threat model, and displays a threat report corresponding to the threat model. |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | correlated threat model components as defined in the one or more mapping files; displaying on the one or more user interfaces a relational diagram of one of a system, an application, and a process, using visual representations of the threat model components correlated with the subset of third party diagram components, the relational diagram defining a threat model; and generating, using the one or more computing devices, and displaying, on the one or more user interfaces, a threat report displaying each threat that is associated through the one or more databases with one of the threat model components included in the threat model. | "We will use the open source Startleft tool to parse the CloudFormation template into an OTM file, then we'll upload that OTM file to the IriusRisk API. Finally we'll look at the threat model created by IriusRisk as a result. This code snippet shows a section of the CloudFormation template we'll be using. As you can see, the file uses Amazon's Elastic Container Service as well as a number of other resources such as CloudWatch alarms." "We can now upload this OTM to IriusRisk using Startleft. $ startleft threatmodel ecs-otm.yaml Uploading OTM files and generating the IriusRisk threat model Validating OTM file OTM file is valid OTM file has consistent IDs Logging in to IriusRisk we can see it has built a full threat model. This isn't just a visualisation of all of the resources in a CloudFormation template. What we can see here is an architectural view of the cloud infrastructure. |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | |  ”<br><br>https://www.iriusrisk.com/resources-blog/introduction-to-the-open-threat-model-standard<br><br>"Now, we'll set the HTTP body parameters:<br><br>ctf-file: (Required) File that contains the CloudFormation Template."<br><br>https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk<br><br>Computing devices read a data file in the CloudFormation Template, and determine threat model components in IriusRisk that correlate to components in the CloudFormation Template using the mapping file. Iriusrisk parses the CloudFormation Template code file using the mapping file to identify one or more properties, of the plurality of properties, associated with the one or more resources included in the code file, which can include using a "default mapping between AWS components and IriusRisk components…. One |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | | example of this mapping file could be found in the StartLeft Github repository." In the Starleft Github repository, the file default-cloudformation-mapping.yaml in the folder startleft-main/startleft/config/ provides a plurality of properties to be configured for one or more resources in a CloudFormation code file and identifies values of properties, for example:<br>"#type 3<br> - id:    {$format: "{name}"}<br>   name:   {$format: "{_key}"}<br>   $source: {$root: "Resources\|squash(@)[?Type=='AWS::EC2::SecurityGroup']"}<br>   source: {$path: "Properties.SecurityGroupIngress[0].CidrIp"}<br>   destination: {$hub:{$path: "_key"}}<br>   tags:<br>     - $path: "Properties.SecurityGroupEgress[0].Description"<br>     - $path: "Properties.SecurityGroupIngress[0].IpProtocol"<br>     - $path: "Properties.SecurityGroupIngress[0].FromPort"<br>     - $path: "Properties.SecurityGroupIngress[0].ToPort""<br><br>"[A] new threat model that was automatically created based on our CloudFormation template".    https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk.<br><br>Computing devices display the visual representation of the threat model components and generate a threat report displaying each threat associated with the components in the threat model.<br><br><br>"This is how it looks like the project home page: |

| Claim | Preamble/Element | Accused Products and Services |
|-------|------------------|-------------------------------|
| | | "<br><br>https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk. |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | | <br><br>https://www.iriusrisk.com/resources-blog/product-update-release-4.3<br><br>"To see the relevant threats for this simple architecture, you can go to the 'Threats' section on the left pane: |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|



"

https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk.

https://github.com/iriusrisk/startleft/wiki/Examples.

See also https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-terraform-defined-architectures-using-iriusrisk?hsLang=en

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | | |
| 2 | The method of claim 1, wherein the one or more mapping files are not stored in the one or more databases but are stored on the one or more computing devices. | In Iriusrisk's threat modeling method, the mapping files may be stored in a database on a server or may be stored on one or more computing devices.<br><br>"Now, we'll set the HTTP body parameters:<br><br>ctf-file: (Required) File that contains the CloudFormation Template.<br>product-id: (Required) Id of the new project in IriusRisk.<br>name: (Required) Name of the new project in IriusRisk.<br>mapping-file: (Optional) File that contains the mapping between AWS components and IriusRisk components. Providing this file will completely override default values.<br><br>To keep this first IaC importation template simple we'll use the default mapping between AWS components and IriusRisk components. This way, we won't need to specify the mapping-file and we can deselect this parameter. One example of this mapping file could be found in the StartLeft Github repository."<br><br>https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk<br><br>See also https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-terraform-defined-architectures-using-iriusrisk?hsLang=en |
| 4 | The method of claim 1, wherein the data file comprises one of a VSD file, a VSDX file, a TMT file, an XML file, a JSON file, a PNG file, and a JPEG file. | Iriusrisk's threat modeling method's data file is one of a VSD file, a VSDX file, a TMT file, an XML file, a JSON file, a PNG file, and a JPEG file.<br><br>For example:<br>"Infrastructure as Code approach on AWS is supported by the CloudFormation (CFT) service, which lets you define code templates to build production-ready cloud architectures. |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | | CloudFormation uses templates defined in JSON or YAML syntax, that are human readable and can be easily edited." |
| | | "AWS CloudFormation Designer (Designer) is a graphic tool for creating, viewing, and modifying AWS CloudFormation templates. With Designer, you can diagram your template resources using a drag-and-drop interface, and then edit their details using the integrated JSON and YAML editor." |
| | | https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk |
| | | "Terraform defined architecture example |
| | | Terraform is an open-source infrastructure as code software tool created by HashiCorp. It lets you define resources and infrastructure using a high-level configuration language known as Hashicorp Configuration Language (HCL), or optionally JSON. Terraform enables you to create, maintain and improve infrastructure reliably and predictably on major infrastructure cloud providers (e.g. AWS, GCP, Azure, OpenStack, CloudStack)." |
| | | https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-terraform-defined-architectures-using-iriusrisk?hsLang=en |
| 7 | The method of claim 1, further comprising determining, for the one or more relationships defined by the data file, correlated threat model components as defined | Iriusrisk's threat modeling method determines, for the one or more relationships defined by the data file, correlated threat model components as defined in the one or more mapping files. See claim 1(c), *supra*. |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | in the one or more mapping files. | |
| 8 | A threat modeling system, comprising: | The preamble of claim 8 is not a limitation. To the extent the preamble is deemed a limitation of claim 8, Iriusrisk provides a threat modeling system.<br><br>"[A] new threat model that was automatically created based on our CloudFormation template". https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk. See also https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-terraform-defined-architectures-using-iriusrisk?hsLang=en<br><br>Iriusrisk also provides a version of the software used in generating a threat model to the public, and encourages use of the software with Iriusrisk's threat modeling server. "Startleft's repository contains a default CloudFormation mapping file that enables you to generate threat models based on the OTM standard from a CloudFormation template file using a single command." https://github.com/iriusrisk/startleft/wiki/Examples.<br><br>"IriusRisk has released an OTM API in version 4.1 of the product. This API allows you to provide an OTM file and IriusRisk will automatically build a full threat model using the rules engine an extensive library of components and risk patterns. The first release of the API supports trustzones, components, and dataflows. Threats and mitigations are already in the specification, and support for them in IriusRisk will be coming soon."<br>https://www.iriusrisk.com/resources-blog/introduction-to-the-open-threat-model-standard<br><br>"IriusRisk offers a Threat Modeling platform that includes data flow diagrams, a list of threats, and both the recommended and required countermeasures to implement. This automation allows engineering teams to plan their security work before they start coding and deploying. |

| Claim | Preamble/Element | Accused Products and Services |
|-------|------------------|-------------------------------|
|       |                  | IriusRisk uses pre-defined components and a built-in threat and countermeasure library so that teams can generate these models quickly without having to rely on security experts." <br><br> https://aws.amazon.com/marketplace/pp/prodview-7nw27kbqehp3m |
| 8(a) | one or more computing devices communicatively coupled with one or more databases, the one or more databases comprising: <br><br> a plurality of threat model components stored therein; and <br><br> a plurality of threats stored therein, wherein each of the threats is associated with at least one of the threat model components through the one or more databases; | Iriusrisk's threat modeling system includes one or more computing devices communicatively coupled with one or more databases, the one or more databases comprising a plurality of threat model components stored therein; and a plurality of threats stored therein, wherein each of the threats is associated with at least one of the threat model components through the one or more databases. <br><br> For example: "IriusRisk offers a Threat Modeling platform that includes data flow diagrams, a list of threats, and both the recommended and required countermeasures to implement. This automation allows engineering teams to plan their security work before they start coding and deploying. <br> IriusRisk uses pre-defined components and a built-in threat and countermeasure library so that teams can generate these models quickly without having to rely on security experts." <br> https://aws.amazon.com/marketplace/pp/prodview-7nw27kbqehp3m <br><br> "IriusRisk has released an OTM API in version 4.1 of the product. This API allows you to provide an OTM file and IriusRisk will automatically build a full threat model using the rules engine an extensive library of components and risk patterns. The first release of the API supports trustzones, components, and dataflows. Threats and mitigations are already in the specification, and support for them in IriusRisk will be coming soon." <br> https://www.iriusrisk.com/resources-blog/introduction-to-the-open-threat-model-standard <br><br> IriusRisk's databases, represented as libraries, store threat model components, threats, and associations therebetween. See, e.g., IriusRisk's definitions of terms in its system glossary: |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | | <ul><li>***Component Definition:*** is a specification for a component within IriusRisk, they are available system wide and can be used as part of a product. New components can be defined by using the Component Definitions configuration option. They can have none or several associated Risk Patterns that would be included within the threat model.</li><li>***Threat:*** it is a possible danger against your Product that can exploit a vulnerability and have unwanted consequences on it.</li><li>***Countermeasure:*** a remediation action that should be performed to remove weaknesses and, hence, mitigate the risk of a threat being realised. They can be also referred as a Security Requirements.</li><li>***Risk Pattern:*** It is a structure with Use Cases, Threats, Weaknesses and Countermeasures each one hanging from the other as an hierarchical structure. The Risk Pattern is an applicable set of threats that can be imported within a threat model due to the use of a component that has it assigned or due to a rule which action indicates it must be imported (i.e. a rule that has an associated answer as a condition and with an Import Risk Pattern condition).</li><li>***Library:*** It is a collection of Risk Patterns that are logically grouped. The grouping can be done using different criteria (i.e. per standard or regulation represented). The Libraries are also used as a logical containers to group defined rules.</li></ul>https://support.iriusrisk.com/hc/en-us/articles/360042565351-Glossary-of-terms<br><br>**"IriusRisk Libraries**<br><br>IriusRisk creates a threat model based on the product architecture diagram, responses to the questionnaire,s and its own internal library of risk patterns.<br><br>Risk Patterns are essentially building blocks that are assembled by rules to generate threat models. They allow us to group threats together based on where we usually find them. A risk pattern is a structure with use cases, threats, weaknesses, and countermeasures each one |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | | hanging from the other as a hierarchical structure. More details about risk-patterns and rules can be found in this article.<br><br>Risk Patterns and the rules related to those patterns are grouped together in a "Library".<br><br>IriusRisk libraries are collections of reusable risk patterns and rules that are logically grouped based on different criteria, for example, technology stack or compliance applicability. Libraries are like knowledgebase containers for security content. The interfaces used to navigate and edit risk patterns are virtually identical to the interfaces used to edit the threat model of a product."<br><br>https://support.iriusrisk.com/hc/en-us/articles/360054376552-Understanding-IriusRisk-Libraries-and-Standards<br><br><br>"A library has the following structure:<br><br>• Risk patterns that contain use cases<br>    • Use cases that contain threats<br>        • Threats that contains:<br>            • Countermeasures without weaknesses<br>            • Countermeasures within weaknesses<br>• Component definitions that link to risk patterns<br>• Rules (optional)"<br><br>https://support.iriusrisk.com/hc/en-us/articles/360051703352<br><br>"To see the relevant threats for this simple architecture, you can go to the 'Threats' section on the left pane: |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|



https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk.

https://github.com/iriusrisk/startleft/wiki/Examples (showing components such as "Database" and "Web server").

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | | https://support.iriusrisk.com/hc/en-us/articles/360026041231-Working-with-Standards (explaining actions regarding threats and countermeasures).<br><br>See also https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-terraform-defined-architectures-using-iriusrisk?hsLang=en |
| 8(b) | one or more mapping files communicatively coupled with the one or more databases, the one or more mapping files correlating the threat model components with visual diagram components of a third party software application (hereinafter "third party diagram components"); | Iriusrisk's threat modeling system includes one or more mapping files communicatively coupled with the one or more databases, the one or more mapping files correlating the threat model components with visual diagram components of a third party software application (hereinafter "third party diagram components").<br><br>Iriusrisk provides a mapping file that contains a plurality of configuration properties for one or more resources, and correlates the threat model components with visual diagram components of a third party software application. Iriusrisk uses a "default mapping between AWS components and IriusRisk components…. One example of this mapping file could be found in the StartLeft Github repository."<br>https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk.<br><br>"Anyone can write and share parsers or other tools that take source formats such as CloudFormation, Visio, or Docker Compose files."<br><br>"IriusRisk has released an OTM API in version 4.1 of the product. This API allows you to provide an OTM file and IriusRisk will automatically build a full threat model using the rules engine an extensive library of components and risk patterns. The first release of the API supports trustzones, components, and dataflows. Threats and mitigations are already in the specification, and support for them in IriusRisk will be coming soon." |

| Claim | Preamble/Element | Accused Products and Services |
|-------|------------------|-------------------------------|
| | | https://www.iriusrisk.com/resources-blog/introduction-to-the-open-threat-model-standard<br><br>"Using the Startleft project we can parse it into OTM with a single command.<br><br>$ startleft parse --type CloudFormation --map default-cloudformation-mapping.yaml --name "ECS Example" --id ecs-example --otm ecs-otm.yaml ecs.yaml<br>Writing threat model to 'ecs-otm.yaml'<br><br>The mapping file provided describes how to find resources in a CloudFormation Template, and how to map them into an OTM threat model. "<br><br>https://www.iriusrisk.com/resources-blog/introduction-to-the-open-threat-model-standard<br><br>In the Starleft Github repository, the file default-cloudformation-mapping.yaml in the folder startleft-main/startleft/config/ provides a plurality of properties to be configured for one or more resources in a CloudFormation code file, for example:<br>"#type 3<br> - id:    {$format: "{name}"}<br>  name:  {$format: "{_key}"}<br>  $source: {$root: "Resources\|squash(@)[?Type=='AWS::EC2::SecurityGroup']"}<br>  source: {$path: "Properties.SecurityGroupIngress[0].CidrIp"}<br>  destination: {$hub:{$path: "_key"}}<br>  tags:<br>    - $path: "Properties.SecurityGroupEgress[0].Description"<br>    - $path: "Properties.SecurityGroupIngress[0].IpProtocol"<br>    - $path: "Properties.SecurityGroupIngress[0].FromPort"<br>    - $path: "Properties.SecurityGroupIngress[0].ToPort"" |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | | Iriusrisk's mapping file "correlat[es] the threat model components with visual diagram components of a third party software application (hereinafter 'third party diagram components')" as claimed.<br><br>See also:<br>https://iriusrisk.s3-eu-west-1.amazonaws.com/iriusrisk-demo.mp4 at 22:28-23:18 (importing visual diagram components of a third party software application and mapping them for recognition by AWS).<br><br>"In this step-by-step tutorial we've seen how to automatically create a threat model in IriusRisk from a simple IaC architecture designed for AWS. We've been using common tools that are usually in the arsenal of every cloud developer or DevOps engineer. From AWS CloudFormation Designer to Postman. This could be used as a first step to create a CI/CD pipeline that automatically creates threat models for the cloud architectures in the design phase, before the stack is deployed in production."<br><br>https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk |

| Claim | Preamble/Element | Accused Products and Services |
|-------|------------------|-------------------------------|
|       |                  |           |
|       |                  | "IriusRisk uses draw.io (now called diagrams.net) as it's primary diagramming tool. In order for IriusRisk to generate a threat model, it attaches meta-data to a standard draw.io diagram. If you use the draw.io instance embedded in IriusRisk, then this happens transparently. But if you wanted to generate a draw.io diagram, or import an external diagram then you could add this meta-data into the draw.io XML format so that IriusRisk can immediately generate a threat model from it." |
|       |                  | https://support.iriusrisk.com/hc/en-us/articles/360018456858-Anatomy-of-an-IriusRisk-Draw-io-Diagram |
|       |                  | https://support.iriusrisk.com/hc/en-us/articles/6207181158289-How-to-map-a-component-to-a-draw-io-shape |
|       |                  | "Our platform allows cloud native designs to be automatically analyzed from a security perspective without having to manually draw the architecture diagram. IriusRisk generates a |

| Claim | Preamble/Element | Accused Products and Services |
|-------|------------------|-------------------------------|
| | | threat model from an Infrastructure as Code (IaC) descriptor, such as AWS CloudFormation and HashiCorp Terraform, and this model will contain the applicable threats and prescriptive security controls."<br><br>"After the IaC code is imported into ACSDA, we can take advantage of the rules engine to automatically see the main threats related to that architecture."<br><br>https://www.iriusrisk.com/iac<br><br>"Following the release of our Open Threat Model (OTM) and CloudFormation endpoints, we have now released our Terraform API. This first release of the Terraform endpoint parses Hashicorp Configuration Language (HCL2) files with support for some basic AWS components in the default mapping file. We'll continue to improve the default mapping file but if you need to customize the mapping you can provide your own mapping file to the API."<br><br>https://www.iriusrisk.com/resources-blog/product-update-release-4.3<br><br>See also https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-terraform-defined-architectures-using-iriusrisk?hsLang=en |
| 8(c) | an import interface displayed on one of the one or more computing devices, the import interface configured to, in response to receiving user input, initiate reading of a data file by one of the one or more computing devices, the data file generated by the third party software | Iriusrisk's threat modeling system includes an import interface displayed on one of the one or more computing devices, the import interface configured to, in response to receiving user input, initiate reading of a data file by one of the one or more computing devices, the data file generated by the third party software application, the data file comprising a subset of the third party diagram components, the data file defining one or more relationships between the subset of third party diagram components.<br><br>See elements 8(a) and 8(b) above. Additionally, IriusRisk provides an import interface to initiate reading of the third party software application's data file, for example a CloudFormation, Visio, Docker Compose, or HashiCorp Terraform data file. |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | application, the data file comprising a subset of the third party diagram components, the data file defining one or more relationships between the subset of third party diagram components; | "Now, we'll try to create a new IriusRisk project from our previously generated CloudFormation template file.<br><br>Create a new IriusRisk threat model from the CloudFormation template<br><br>In this section, we'll try a more advanced API request to be able to generate a new IriusRisk project from a CloudFormation template.<br><br>As a first step, you should click on the cloudformation endpoint (POST /api/v1/products/cloudformation) in the collection navigation tree, as it's shown in the following figure: |



| Claim | Preamble/Element | Accused Products and Services |
|-------|------------------|-------------------------------|
|       |                  | A new Postman tab opens. You can set the necessary parameters for this HTTP request in the "Body" submenu, as it can be seen below:<br><br><br><br>Now, we'll set the HTTP body parameters:<br><br>ctf-file: (Required) File that contains the CloudFormation Template.<br>product-id: (Required) Id of the new project in IriusRisk.<br>name: (Required) Name of the new project in IriusRisk.<br>mapping-file: (Optional) File that contains the mapping between AWS components and IriusRisk components. Providing this file will completely override default values.<br><br>To keep this first IaC importation template simple we'll use the default mapping between AWS components and IriusRisk components. This way, we won't need to specify the mapping-file and we can deselect this parameter. One example of this mapping file could be found in the StartLeft Github repository.<br><br>The next step is to select our CloudFormation template example (elb-no waf.json) as the value of the ctf-file parameter.<br><br>Finally, we set the product-id and name parameters that will be used to create a new project in IriusRisk. |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | | We click on the "Save" button to persist this configuration. This is how it looks like the HTTP POST request configuration right now:<br><br><br><br>We are finally ready to click on the "Send" button to actually send the HTTP request and create the new IriusRisk project from our CloudFormation template. If everything goes well, we'll get a 201 HTTP code from the IriusRisk server and the following Body response:<br><br>Review the generated threat model in IriusRisk<br><br>If we log in in the IriusRisk UI, we'll see that a new threat model that was automatically created based on our CloudFormation template: |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | |  ,, |
| | | https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk |
| | | See also https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-terraform-defined-architectures-using-iriusrisk?hsLang=en |
| 8(d) | an interface configured to, in response to receiving user input, initiate a determination of which threat model components are correlated with the subset of third party diagram components in the one or more mapping files; | Iriusrisk's threat modeling system includes an interface configured to, in response to receiving user input, initiate a determination of which threat model components are correlated with the subset of third party diagram components in the one or more mapping files. |
| | | See elements 8(a), 8(b), and 8(c) above. Additionally, Iriusrisk parses the code file using the mapping file to identify threat model components that correlate to the third party diagram components included in the code file, which can include using a "default mapping between AWS components and IriusRisk components…. One example of this mapping file could be found in the StartLeft Github repository." |
| | | "Our platform allows cloud native designs to be automatically analyzed from a security perspective without having to manually draw the architecture diagram. IriusRisk generates a threat model from an Infrastructure as Code (IaC) descriptor, such as AWS CloudFormation |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | | and HashiCorp Terraform, and this model will contain the applicable threats and prescriptive security controls." |
| | | "After the IaC code is imported into ACSDA, we can take advantage of the rules engine to automatically see the main threats related to that architecture." |
| | | https://www.iriusrisk.com/iac |
| | | See also: https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-terraform-defined-architectures-using-iriusrisk?hsLang=en |
| 8(e) | a diagram interface, displayed on the one or more computing devices, displaying a relational diagram of one of a system, an application, and a process, using visual representations of the threat model components correlated with the subset of third party diagram components, the relational diagram defining a threat model; and | Iriusrisk's threat modeling system includes a diagram interface, displayed on the one or more computing devices, displaying a relational diagram of one of a system, an application, and a process, using visual representations of the threat model components correlated with the subset of third party diagram components, the relational diagram defining a threat model. |
| | | Computing devices display the visual representation of the threat model components and generate a threat report displaying each threat associated with the components in the threat model. |
| | | "[A] new threat model that was automatically created based on our CloudFormation template". |
| | | "This is how it looks like the project home page: |

| Claim | Preamble/Element | Accused Products and Services |
|-------|------------------|-------------------------------|
|       |                  |  ” <br><br> https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk. <br><br> See also: |

| Claim | Preamble/Element | Accused Products and Services |
|-------|------------------|-------------------------------|
| | |  https://www.iriusrisk.com/resources-blog/product-update-release-4.3 <br><br> See also: <br> https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-terraform-defined-architectures-using-iriusrisk?hsLang=en |
| 8(f) | a threat report interface, displayed on the one or more computing devices, including a threat report displaying each threat that is associated through the one or more databases with one of the | Iriusrisk's threat modeling system includes a threat report interface, displayed on the one or more computing devices, including a threat report displaying each threat that is associated through the one or more databases with one of the threat model components included in the threat model. |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | threat model components included in the threat model. | "To see the relevant threats for this simple architecture, you can go to the 'Threats' section on the left pane:  " https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk. https://github.com/iriusrisk/startleft/wiki/Examples. |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | | See also:<br><br>https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-terraform-defined-architectures-using-iriusrisk?hsLang=en |
| 9 | The system of claim 8, wherein the one or more mapping files are not stored in the one or more databases but are stored on the one or more computing devices. | In Iriusrisk's threat modeling system, the mapping files may be stored in a database on a server or may be stored on one or more computing devices.<br><br>"Now, we'll set the HTTP body parameters:<br><br>ctf-file: (Required) File that contains the CloudFormation Template.<br>product-id: (Required) Id of the new project in IriusRisk.<br>name: (Required) Name of the new project in IriusRisk.<br>mapping-file: (Optional) File that contains the mapping between AWS components and IriusRisk components. Providing this file will completely override default values.<br><br>To keep this first IaC importation template simple we'll use the default mapping between AWS components and IriusRisk components. This way, we won't need to specify the mapping-file and we can deselect this parameter. One example of this mapping file could be found in the StartLeft Github repository."<br><br>https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk |
| 11 | The system of claim 8, wherein the data file comprises one of a VSD file, a VSDX file, a TMT File, an | Iriusrisk's threat modeling system's data file is one of a VSD file, a VSDX file, a TMT file, an XML file, a JSON file, a PNG file, and a JPEG file.<br><br>"Infrastructure as Code approach on AWS is supported by the CloudFormation (CFT) service, which lets you define code templates to build production-ready cloud architectures. |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | XML file, a JSON file, a PNG file, and a JPEG file. | CloudFormation uses templates defined in JSON or YAML syntax, that are human readable and can be easily edited."<br><br>"AWS CloudFormation Designer (Designer) is a graphic tool for creating, viewing, and modifying AWS CloudFormation templates. With Designer, you can diagram your template resources using a drag-and-drop interface, and then edit their details using the integrated JSON and YAML editor."<br><br>https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk<br><br>"Terraform defined architecture example<br><br>Terraform is an open-source infrastructure as code software tool created by HashiCorp. It lets you define resources and infrastructure using a high-level configuration language known as Hashicorp Configuration Language (HCL), or optionally JSON. Terraform enables you to create, maintain and improve infrastructure reliably and predictably on major infrastructure cloud providers (e.g. AWS, GCP, Azure, OpenStack, CloudStack)."<br><br>https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-terraform-defined-architectures-using-iriusrisk?hsLang=en |
| 13 | The system of claim 8, wherein the one or more mapping files includes a file correlating default titles of the third party diagram components with the threat model components. | In Iriusrisk's threat modeling system, the mapping files include a file correlating default titles of the third party diagram components with the threat model components.<br><br>"Now, we'll set the HTTP body parameters:<br><br>ctf-file: (Required) File that contains the CloudFormation Template.<br>product-id: (Required) Id of the new project in IriusRisk.<br>name: (Required) Name of the new project in IriusRisk. |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| | | mapping-file: (Optional) File that contains the mapping between AWS components and IriusRisk components. Providing this file will completely override default values.<br><br>To keep this first IaC importation template simple we'll use the default mapping between AWS components and IriusRisk components. This way, we won't need to specify the mapping-file and we can deselect this parameter. One example of this mapping file <u>could be found in the StartLeft Github repository</u>."<br><br><u>https://www.iriusrisk.com/resources-blog/threat-modeling-workflow-for-aws-cloudformation-architectures-using-iriusrisk</u> |
| 16 | A threat modeling system, comprising: | The preamble of claim 16 is not a limitation.  To the extent the preamble is deemed a limitation of claim 16, Iriusrisk provides a threat modeling system.  See claim 8, *supra*. |
| 16(a) | one or more computing devices communicatively coupled with one or more databases, the one or more databases comprising:<br>a plurality of threat model components stored therein; and<br>a plurality of threats stored therein, wherein each of the threats is associated with at least one of the threat model components through the one or more databases; | See claim 8(a), *supra*. |

| Claim | Preamble/Element | Accused Products and Services |
|-------|------------------|-------------------------------|
| 16(b) | one or more mapping files communicatively coupled with the one or more databases, the one or more mapping files correlating the threat model components with visual diagram components of a third party software application (hereinafter "third party diagram components"); | See claim 8(b), *supra*. |
| 16(c) | an import interface displayed on one of the one or more computing devices, the import interface configured to, in response to receiving user input, initiate reading of a data file by the one or more computing devices, the data file comprising a subset of the third party diagram components, the data file defining one or more relationships between the subset of third party diagram components; | See claim 8(c), *supra*. |
| 16(d) | an interface configured to, in response to receiving user input, initiate a determination of which threat model components are correlated | See claim 8(d), *supra*. |

| Claim | Preamble/Element | Accused Products and Services |
|-------|------------------|-------------------------------|
| | with the subset of third party diagram components in the one or more mapping files; | |
| 16(e) | a diagram interface, displayed on the one or more computing devices, displaying a relational diagram of a computing network, using visual representations of the threat model components correlated with the subset of third party diagram components, the relational diagram defining a threat model; and | See claim 8(e), *supra*. |
| 16(f) | a threat report interface, displayed on the one or more computing devices, including a threat report displaying each threat that is associated through the one or more databases with one of the threat model components included in the threat model. | See claim 8(f), *supra*. |
| 17 | The system of claim 16, wherein the one or more mapping files are not stored in the one or more databases but are stored on the one or more computing devices. | See claim 9, *supra*. |

| Claim | Preamble/Element | Accused Products and Services |
|---|---|---|
| 20 | The system of claim 16, wherein the one or more mapping files includes a file correlating default titles of the third party diagram components with the threat model components. | See claim 13, *supra*. |