**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THREATMODELER SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> IRIUSRISK, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No.: <br> ) <br> ) <br> ) <br> ) <br> ) **DEMAND FOR JURY TRIAL** <br> ) |

**PLAINTIFF THREATMODELER SOFTWARE INC.'S DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff ThreatModeler Software Inc. certifies that it has no parent company and that no publicly held company owns more than 10% of its stock.

DATED: July 8, 2022

Respectfully submitted,

RATNERPRESTIA

 /s/     Jeffrey B. Bove
Jeffrey B. Bove (# 998)
Rex A. Donnelly (# 3492)
Karen R. Poppel (# 5373)
Nemours Building
1007 North Orange Street, Suite 205
Wilmington, DE 19801
Tel: (302) 778-2500
jbove@ratnerprestia.com
rdonnelly@ratnerprestia.com
kpoppel@ratnerprestia.com

*Attorneys for Plaintiff
ThreatModeler Software Inc.*

5759443_1