**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

THREATMODELER SOFTWARE INC.,

               *Plaintiff*,

     v.

IRIUSRISK, INC.,

               *Defendant*.

C.A. No. 22-912-MN

JURY TRIAL DEMANDED

---

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff ThreatModeler Software Inc. and Defendant IriusRisk, Inc., subject to the approval of the Court, that the time within which Defendant shall answer, move, or otherwise respond to the Complaint (D.I. 1) in this action shall be extended thirty (30) days up through and including August 29, 2022.

Dated: July 22, 2022

**RATNERPRESTIA**

*/s/ Jeffrey B. Bove*
Jeffrey B. Bove (# 998)
Rex A. Donnelly (# 3492)
Karen R. Poppel (# 5373)
Nemours Building
1007 North Orange Street, Suite 205
Wilmington, DE 19801
Tel: (302) 778-2500
jbove@ratnerprestia.com
rdonnelly@ratnerprestia.com
kpoppel@ratnerprestia.com

*Attorneys for Plaintiff*
*ThreatModeler Software Inc.*

**DLA PIPER LLP (US)**

*/s/ Brian A. Biggs*
Brian A. Biggs (DE Bar No. 5591)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
brian.biggs@us.dlapiper.com

*Attorney for Defendant*
*IriusRisk, Inc.*

IT IS SO ORDERED this _____ day of July, 2022.

_____
United States District Court Judge