IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THREATMODELER SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> IRIUSRISK, INC. and IRIUSRISK, S.L., <br><br> Defendants. | C.A. No.: 1:22-cv-00912-MN <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ThreatModeler Software Inc. and Defendants IriusRisk, Inc. and IriusRisk, S.L. (collectively, the "Parties"), through their respective counsel and subject to the approval of the Court, hereby stipulate that the above-captioned case has been settled and is hereby dismissed with prejudice. The Parties shall each bear their own costs and attorneys' fees.

Dated: January 9, 2026

Respectfully submitted,

*/s/ Jeffrey B. Bove*
Jeffrey B. Bove (# 0998)
Christopher H. Blaszkowski (# 5673)
**BUCHANAN INGERSOLL & ROONEY P.C.**
500 Delaware Avenue, Suite 720
Wilmington, DE 19801-7407
Tel: (302) 552-4200
Facsimile: (302) 552-4295
jeffrey.bove@bipc.com
christopher.blaszkowski@bipc.com

*Of Counsel:*

Donald L. Jackson (*Admitted Pro Hac Vice*)
**DAIGNAULT IYER LLP**
8229 Boone Boulevard, Suite 450

*/s/ Jeff Castellano*
Jeff Castellano (DE Bar No. 4837)
Matthew S. Middleton (DE Bar. No. 6877)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: 302.468.5700
Facsimile: 302.394.2341
jeff.castellano@us.dlapiper.com
matthew.middleton@us.dlapiper.com

*Of Counsel:*

Blake W. Jackson (*pro hac*)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2215

1

2

Vienna, VA 22182
Tel: (703) 372-9389
djackson@daignaultiyer.com

Gregory A. Krauss (*Admitted Pro Hac Vice*)
James D. Berquist (*Admitted Pro Hac Vice*)
**RIMON P.C.**
8300 Greensboro Dr., Suite 500
McLean, Virginia 22102
Tel: (571) 765-7700
gregory.krauss@rimonlaw.com
james.berquist@rimonlaw.com

*Attorneys for Plaintiff ThreatModeler Software, Inc.*

Telephone: 650.833.2000
Facsimile: 650.687.1138
blake.jackson@us.dlapiper.com

*Attorneys for Defendant IriusRisk, Inc. and IriusRisk, S.L.*

SO ORDERED this \_\_\_\_ day of _____, 2026.

_____
The Honorable Maryellen Noreika
United States District Judge