IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THREATMODELER SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> IRIUSRISK, INC. and IRIUSRISK, S.L., <br><br> Defendants. | C.A. No.: 1:22-cv-00912-MN <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ThreatModeler Software Inc. and Defendants IriusRisk, Inc. and IriusRisk, S.L. (collectively, the "Parties"), through their respective counsel and subject to the approval of the Court, hereby stipulate that the above-captioned case has been settled and is hereby dismissed with prejudice. The Parties shall each bear their own costs and attorneys' fees.

| | |
|---|---|
| Dated: January 9, 2026 | Respectfully submitted, |
| */s/ Jeffrey B. Bove* <br> Jeffrey B. Bove (# 0998) <br> Christopher H. Blaszkowski (# 5673) <br> **BUCHANAN INGERSOLL & ROONEY P.C.** <br> 500 Delaware Avenue, Suite 720 <br> Wilmington, DE 19801-7407 <br> Tel: (302) 552-4200 <br> Facsimile: (302) 552-4295 <br> jeffrey.bove@bipc.com <br> christopher.blaszkowski@bipc.com <br><br> *Of Counsel:* <br><br> Donald L. Jackson (*Admitted Pro Hac Vice*) <br> **DAIGNAULT IYER LLP** <br> 8229 Boone Boulevard, Suite 450 | */s/ Jeff Castellano* <br> Jeff Castellano (DE Bar No. 4837) <br> Matthew S. Middleton (DE Bar. No. 6877) <br> **DLA PIPER LLP (US)** <br> 1201 North Market Street, Suite 2100 <br> Wilmington, DE 19801-1147 <br> Telephone: 302.468.5700 <br> Facsimile: 302.394.2341 <br> jeff.castellano@us.dlapiper.com <br> matthew.middleton@us.dlapiper.com <br><br> *Of Counsel:* <br><br> Blake W. Jackson (*pro hac*) <br> **DLA PIPER LLP (US)** <br> 2000 University Avenue <br> East Palo Alto, CA 94303-2215 |

1

<div style="columns:2">

Vienna, VA 22182
Tel: (703) 372-9389
djackson@daignaultiyer.com

Gregory A. Krauss (*Admitted Pro Hac Vice*)
James D. Berquist (*Admitted Pro Hac Vice*)
**RIMON P.C.**
8300 Greensboro Dr., Suite 500
McLean, Virginia 22102
Tel: (571) 765-7700
gregory.krauss@rimonlaw.com
james.berquist@rimonlaw.com

*Attorneys for Plaintiff ThreatModeler Software, Inc.*

Telephone: 650.833.2000
Facsimile: 650.687.1138
blake.jackson@us.dlapiper.com

*Attorneys for Defendant IriusRisk, Inc. and IriusRisk, S.L.*

</div>

SO ORDERED this 9th day of January 2026.

_____
The Honorable Maryellen Noreika
United States District Judge

2